IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CV |
| | ) | (CR 220-06) |
| DUWAYNE JONES | ) | |

## ORDER

This matter is before the Court on the parties Joint 28 U.S.C. § 2255 motion to vacate Jones's conviction. Upon consideration of all facts and circumstances, the Court finds that the motion is due to be granted. It is therefore ordered that the motion is granted and Jones's conviction is vacated.

SO ORDERED this 29 day of November, 2021.

_____
HON. LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA